# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: | ) |
| | ) |
| PAUL TRANSPORTATION, INC., | ) Case Number: 10-13022 |
| | ) |
| Tax ID No. 71-0921816, | ) (Chapter 11) |
| | ) |
| Debtor. | ) |

## CORPORATE DISCLOSURE STATEMENT

As required by Rule 1007(a)(1), F.R. Bankr.P., as it incorporates Rule 7007.1, F.R. Bankr.P., the Debtor, Paul Transportation, Inc, an Oklahoma corporation, states that it is wholly owned by Troy Paul, an individual. As a result, no corporation directly or indirectly owns 10% or more of any class of the Debtor's equity interests and there are no entities to report under Rule 7007.1(a), F.R. Bankr.P.

Respectfully submitted,

/s/Matthew C. Goodin
Matthew Goodin, OBA #19327
Stephen W. Elliott, OBA #2685
G. David Bryant, OBA #01264
KLINE KLINE ELLIOTT & BRYANT, PC
720 N.E. 63rd Street
Oklahoma City, OK 73105
Telephone: (405) 848-4448
Facsimile: (405) 842-4539
mgoodin@klinefirm.org
selliott@klinefirm.org

ATTORNEYS FOR
THE DEBTOR IN POSSESSION,
PAUL TRANSPORTATION, INC.