IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PAUL TRANSPORTATION, INC., | ) | Case Number: 10-13022 |
| Tax ID No. 71-0921816, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**MOTION FOR ORDER ENLARGING TIME WITHIN WHICH TO ASSUME
OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY
UNDER WHICH THE DEBTOR IS THE LESSEE AND BRIEF IN SUPPORT**

Pursuant to 11 U.S.C. § 365(d)(4)(B)(i) and Rule 9006(b)(1), F. R.Bankr.P., Paul Transportation, Inc., debtor in possession (the "DIP"), requests that this Court enlarge the time within which the DIP may assume or reject unexpired leases of nonresidential real property under which the debtor is the lessee. The DIP states as follows in support of this request:

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief sought through this Motion are 11 U.S.C. §§ 105(a) and 365.

3. The DIP filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code, 11 U.S.C. § 101, et seq., on May 18, 2010 (the "Petition Date"). The DIP is a debtor-in-possession with the rights, powers, and duties provided under 11 U.S.C. §§ 1107 and 1108.

4. The DIP is a privately-held Oklahoma corporation that was formed in 2002. It is headquartered in Enid, Oklahoma, and has been in active operation since 2003.

5. The DIP is a trucking company that provides flatbed transportation services across the lower 48 states. The DIP maintains service terminals in Oklahoma City, Oklahoma, Crosby,

Texas, and Fort Dodge, Iowa. The DIP also has a rock hauling division located in Medicine Lodge, Kansas.

6.  The DIP is the lessee under the following non-residential real property leases: (a) lease dated February 17, 2010, with East End Equipment Sales, Inc., for the DIP's service terminal in Crosby, Texas; (b) lease dated April 12, 2010 with James R and Patricia Albert Living Trust, for the DIP's accounting office in Altus, Oklahoma; (c) lease dated October 14, 2010 with Majors Investments, for the DIP's service terminal in Oklahoma City, Oklahoma; (d) real estate lease dated November 1, 2007 with Messers Bowers Company, for the DIP's headquarters in Enid, Oklahoma; and (e) lease with Dean and Tina Anderson, for the DIP's service terminal in Fort Dodge, Iowa (collectively, the "Leases").

7.  Under 11 U.S.C. § 365(d)(4)(A), unexpired leases of nonresidential real property under which the debtor is the lessee, such as the Leases, that have not been assumed will be deemed rejected on the earlier of 120 days from the Petition Date (*i.e.*, September 15, 2010), or the date a plan confirmation order is entered, unless the enlargement requested herein is granted.

8.  The role the Leases may play in the DIP's reorganization is unclear at this time. The DIP does not want to create significant, unnecessary, administrative expenses, which could occur if the DIP improvidently assumes the Leases. Alternatively, the DIP does not want to lose the benefits of the Leases, which will occur 120 days from the Petition Date, unless the Leases are assumed before then or the enlargement requested herein is granted. If the Leases were deemed rejected under 11 U.S.C. § 365(d)(4) by a failure to assume them timely, the deemed

rejection would result in a significant loss of value to the estate. The extension requested herein would permit the DIP to avoid all of these potentially-adverse consequences.

9. For the reasons set forth above, the DIP requests the Court to enlarge the time within which the DIP may assume or reject the Leases for 90 days beyond the 120-day period specified in 11 U.S.C. § 364(d)(4)(A)(i), unless a party in interest requests, and the Court subsequently sets, a different specified period within which the DIP must determine whether to assume or reject the Leases. The relief requested herein in permitted by 11 U.S.C. § 364(d)(4)(B)(i); see also, 11 U.S.C. § 365(d)(2).

10. The factors to be considered by the Court in determining whether to grant an extension under 11 U.S.C. § 365(d)(4) include whether:

    a. the lease is a primary asset of the estate;

    b. the landlord would receive a windfall;

    c. the rent has been or is being paid;

    d. the case is unusually large or complex; and

    e. the representative of the estate has had a reasonable period of time to analyze the estate.

See *Escondido Mission Village L.P. v. Best Prods. Co.*, 137 B.R. 114 (Bankr. S.D.N.Y. 1992); *In re 611 Sixth Ave. Corp.*, 191 B.R. 295 (Bankr. S.D.N.Y. 1996) (including additional factors); *In re Columbus One Parcel Servs., Inc.*, 138 B.R. 194 (Bankr. S.D. Ohio 1992); *In re Muir Training Technologies, Inc.*, 24 C.B.C.2d 780, 120 B.R. 154 (Bankr. S.D. Cal. 1990).

11. Consideration of the factors set out above in the context of this case indicates that the relief requested herein should be granted and that good cause under 11 U.S.C. § 365(d)(4)(B)(i) and Rule 9006(b)(1), F.R.Bankr.P., exists to grant the requested relief. The

Leases are primary assets of the estate, and the rent under the Leases has been and is being paid. This is a relatively large, relatively complex, case, and the DIP has not yet had a reasonable period to analyze the estate.

12. The DIP has not requested or been granted any previous enlargement of time within which to assume or reject unexpired nonresidential real property leases under which the debtor is the lessee.

13. The extension requested herein will not have any impact on scheduled trial or other deadlines.

14. The order being requested by the DIP is being sought without prejudice to any lessor's right to request the Court to set an earlier assumption or rejection decision by the DIP.

WHEREFORE, Paul Transportation, Inc., requests that this Court enlarge by 90 days, *i.e.*, to and including December 14, 2010, the time within which Paul Transportation, Inc., may assume or reject unexpired leases of nonresidential real property under which it is the lessee, unless a party in interest requests, and the Court subsequently sets, a different specified period within which Paul Transportation, Inc., must determine whether to assume or reject unexpired leases under which the debtor is the lessee.

Respectfully submitted,

/s/Stephen W. Elliott
Stephen W. Elliott, OBA #2685
Matthew Goodin, OBA #19327
KLINE KLINE ELLIOTT & BRYANT, PC
720 N.E. 63rd Street
Oklahoma City, OK 73105
(405) 848-4448
(405) 842-4539 (fax)
selliott@klinefirm.org
mgoodin@klinefirm.org

ATTORNEYS FOR THE DEBTOR IN
POSSESSION, PAUL TRANSPORTATION, INC.

## CERTIFICATE OF SERVICE

This is to certify that on the 25th day of August, 2010, I electronically transmitted the above and foregoing motion to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants listed on the "Electronic Mail Notice List" attached hereto as Exhibit "A."

This is to further certify that on the 25th day of August, 2010, true and correct copies of the above were mailed by first class mail, postage prepaid, to all parties listed on the Service List attached hereto as Exhibit "B."

/s/Stephen W. Elliott
Stephen W. Elliott, OBA #2685

# Mailing Information for Case 10-13022

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- **Kevin Blaney**    kblaney@btlawokc.com, chorton@btlawokc.com;bmorehead@btlawokc.com
- **G. David Bryant**    dbryant@klinefirm.org, dbryant@ecf.epiqsystems.com;jbarnes@klinefirm.org
- **Stephen W. Elliott**    selliott@klinefirm.org, klinefirm@aol.com;mmills@klinefirm.org
- **Matthew Clay Goodin**    mattgoodin@cox.net, mgoodin@klinefirm.org,mmills@klinefirm.org,klinefirm@aol.com
- **David W. Hammond**    sfhpc@sfhpc.net, dwhsfhpc@sfhpc.net
- **William H. Hoch**    hochw@crowedunlevy.com, donna.hinkle@crowedunlevy.com;kerryann.wagoner@crowedunlevy.com;ecf@crowedunlevy.com
- **Nkem A House**    nkem.house@crowedunlevy.com, paul.young@crowedunlevy.com;donna.hinkle@crowedunlevy.com;paula.tarbutton@crowedunlevy
- **Eric L Huddleston**    ehuddleston@eliasbooks.com, eric.huddleston@gmail.com;wdebner@eliasbooks.com
- **Crystal A Johnson**    cjohnson@cwlaw.com, lskinner@cwlaw.com;OKC_ECF@cwlaw.com
- **Carlos D Mayes**    dmayes@nashfirm.com, daynemayes@gmail.com;rnash@nashfirm.com
- **John W. Mee**    jwm3@meehoge.com, sar@meehoge.com;meehoge11@yahoo.com
- **Lyle R. Nelson**    lyle@lylenelsonlaw.com
- **Kiran A. Phansalkar**    kphansalkar@cwlaw.com, lskinner@cwlaw.com;OKC_ECF@cwlaw.com
- **Karolina Roberts**    kroberts@eliasbooks.com, karolinaroberts23@yahoo.com
- **Andrew R. Turner**    aturner@cwlaw.com
- **U.S. Trustee**    Ustpregion20.oc.ecf@usdoj.gov
- **Edward M Zachary**    edward.zachary@bryancave.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

    **Warren M. Armstrong**
    Miller Curtis & Weisbrod LLP
    11551 Forest Central Dr Ste 300
    Dallas, TX 75243

    **L. Vance Brown**
    Elias Books Brown & Nelson PC
    Two Leadership Square, Suite 1300
    211 N. Robinson
    Oklahoma City, OK 73102

    **Commercial Credit Group Inc.**
    121 W. Trade St.


EXHIBIT A

# SERVICE LIST

**Entries of Appearance / Non-ECF:**

Robert Qulia
Commercial Credit Group, Inc.
121 West Trade Street, Suite 2100
Charlotte, NC 28202

Robert T. Bonsignore (FFC)
Financial Federal Credit Inc.
730 Third Avenue, 23rd Floor
New York, NY 10017

Missouri Department of Revenue
Bankruptcy Unit, Richard M. Maseles
PO Box 475
Jefferson City, MO 65105-0475

Brian Boerner (Coppermark)
Suite 200
4101 Perimeter Center Drive
Oklahoma City, OK 73112

F P Cribbs, Jr. (East End Equipment)
Wilson, Cribbs & Goren, PC
2500 Fannin
Houston, TX 77002

Jeffrey F. Thomason (E L Farmer)
Todd Barron Thomason & Hudman PC
3800 East 42nd Street, Suite 409
Odessa, TX 79762

Jeanne Morton (Wells Fargo)
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

L. Vance Brown (OUCC)
Elias, Books, Brown & Nelson, PC
211 North Robinson, Suite 1300
Oklahoma City, OK 73102-6803

Joseph Angus (PLI)
1720 North Shartel
Oklahoma City, OK 73103

David M. Unseth (Xtra Lease)
Bryan Cave, LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102

**Official Unsecured Creditors' Committee:**

American Express Bank, FSB
c/o Becket & Lee, LLP
PO Box 3001
Malvern, PA 19355

American Express
PO Box 650448
Dallas, TX 75265-0448

Doonan Peterbilt of Great Bend
Attn: Chuck Carper
PO Box 1286
Great Bend, KS 67530

Miller Truck Lines, LLC
Attn: Phillip C. Vinson
PO Box 665
Stroud, OK 74079-0665

Miller Truck Lines Inc
Dept 1966
Tulsa, OK 74182



EXHIBIT B

**20 Largest Unsecured Creditors (less OUCC):**

| | | |
|---|---|---|
| Internal Revenue Service<br>Ogden, UT 84201 | T and W Tire<br>5011 Jacksboro Hwy<br>Wichita Falls, TX 76302 | Comdata Corp PA427<br>5301 Maryland Way<br>Brentwood, TN 37027 |
| Goodyear Tire and Rubber Co<br>PO Box 277348<br>Atlanta, GA 30384-7348 | The Goodyear Tire & Rubber Company<br>Law Department<br>1144 East Market Street<br>Akron, OH 44316 | Dynasty Transportation Inc<br>PO Box 91825<br>Lafayette, LA 70509 |
| Kansas Department of Revenue<br>Division of Property Valuation<br>915 SW Harrison St<br>Topeka, KS 66625 | Dothan Tarpaulin Products Inc<br>6275 US Highway 231 South<br>Dothan, AL 36302 | Ameriquest<br>PO Box 828997<br>Philadelphia, PA 19182-8997 |
| Euler Hermes ACI<br>Assignee of Ameriquest Transportation<br>800 Red Brook Blvd.<br>Owings Mills, MD 21117 | Katz Sapper and Miller<br>Department 235<br>PO Box 7096<br>Indianapolis, IN 46206-7096 | Katz Sapper and Miller<br>800 East 96th Street<br>Indianapolis, IN 46240 |
| Oklahoma Tax Commission<br>Withholding<br>PO Box 26860<br>Oklahoma City, OK 73126-0860 | Rush Truck Centers<br>Regions Interstate Billing<br>PO Box 2153<br>Birmingham, AL 35287-1265 | Oklahoma Tax Commission<br>Franchise Tax Division<br>PO Box 26930<br>Oklahoma City, OK 73126-0930 |
| Qualcomm Incorporated<br>File No 54210<br>Los Angeles, CA 90074-4210 | Qualcomm Incorporated<br>Attn: Beverly L. Barton, AA-442F<br>5775 Morehouse Drive<br>San Diego, CA 92121-1714 | Magill Truck Lines Inc<br>211 W 53rd St N<br>Wichita, KS 67204 |
| Barber County Treasurer<br>118 East Washington<br>Medicine Lodge, KS 67104 | Lynden Transport Inc<br>1800 International Blvd<br>Seattle, WA 98188 | Oklahoma Corp Commission<br>Trans Div IFTA Section<br>PO Box 52948<br>Oklahoma City, OK 73152-2948 |

**Taxing Authorities:**

| | | |
|---|---|---|
| Arkansas Dept of Revenue<br>Individual Income Tax Section<br>PO Box 9941<br>Little Rock, AR 72203-9941 | Arkansas Dept of Finance & Admi<br>Miscellaneous Tax Section<br>PO Box 896<br>Little Rock, AR 72203-0896 | Arkansas Employmt Security Dept<br>PO Box 8007<br>Little Rock, AR 72203-8007 |

| | | |
|---|---|---|
| Colorado Department of Labor & Employment<br>PO Box 956<br>Denver, CO 80201-0956 | Colorado Dept of Revenue<br>Room 504<br>1375 Sherman Street<br>Denver, CO 80261 | DEQ Oklahoma Department of Environmental Quality<br>PO Box 2036<br>Oklahoma City, OK 73101 |
| Environmental Protection Agency<br>c/o US Attorney<br>1200 West Okmulgee, Suite 201<br>Muskogee, OK 74401 | Environmental Protection Agency<br>c/o US Attorney<br>555 4th Street NW<br>Washington DC 20530 | Environmental Protection Agency<br>Suite 1200<br>1445 Ross Avenue<br>Dallas. TX 75202-2733 |
| Environmental Protection Agency<br>Ariel Ross Building<br>1200 Pennsylvania Avenue NW<br>Washington DC 20460 | Garfield County Treasurer<br>114 West Broadway Avenue<br>Enid, OK 73701 | Georgia Dept of Revenue<br>PO Box 740387<br>Atlanta, GA 30374-0387 |
| Indiana Dept of Revenue<br>PO Box 7221<br>Indianapolis, IN 46207-7221 | Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 North Senate Avenue<br>Indianapolis, IN 46204 | Internal Revenue Service<br>Bankruptcy Section M/S 5024 OKC<br>55 North Robinson<br>Oklahoma City, OK 73102 |
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Iowa Dept of Revenue<br>State Treasurer<br>PO Box 10411<br>Des Moines, IA 50306-0382 | State of Iowa /Iowa Dept of Revenue<br>Attn: Bankruptcy Unit<br>PO Box 10471<br>Des Moines, IA 50306 |
| Iowa Dept of Transportation<br>PO Box 10382<br>Des Moines, IA 50306-0382 | Iowa Workforce Development<br>1000 East Grand Ave<br>Des Moines, IA 50319-0209 | Kansas Dept of Revenue<br>915 SW Harrison St<br>Topeka, KS 66625 |
| Kansas Employment Security Fund<br>PO Box 400<br>Topeka, KS 66601-0400 | Kentucky State Treasurer<br>Motor Carrier Division<br>PO Box 2004<br>Frankfort, KY 40602-2004 | Missouri Dept of Revenue<br>PO Box 999<br>Jefferson City, MO 65108-0999 |
| Missouri Division of Employment Security<br>PO Box 888<br>Jefferson City, MO 65102-0888 | New Mexico Motor Vehicle Div<br>PO Box 5188<br>Santa Fe, NM 87504-5188 | New Mexico Taxation & Revenue<br>PO Box 5188<br>Santa Fe, NM 87504-5188 |
| New York State Tax Department<br>RPC HUT<br>PO Box 15166<br>Albany, NY 12212-5166 | New York State Department of Taxation and Finance<br>PO Box 5300<br>Albany, NY 12205-0300 | Oklahoma Corporation Commission<br>PO Box 52000<br>Oklahoma City, OK 73152-2000 |
| Oklahoma County Treasurer<br>PO Box 268875<br>Oklahoma City, OK 73126-8875 | Oklahoma County Treasurer<br>Room 307<br>320 Robert S. Kerr Avenue<br>Oklahoma City, OK 73102-3434 | Oklahoma Employment Security Comm.<br>Legal Division<br>PO Box 53039<br>Oklahoma City, OK 73152-3039 |

Oklahoma Employment Security Comm
PO Box 52004
Oklahoma City, OK 73152-2004

Oklahoma Tax Commission
Franchise Tax Division
PO Box 26930
Oklahoma City, OK 73126-0930

Oklahoma Tax Commission
Legal Division - Bankruptcy Section
120 North Robinson, Suite 2000
Oklahoma City, OK 73102-7801

Oklahoma Tax Commission
PO Box 26940
Oklahoma City, OK 73126-0940

Oregon Dept of Transportation
Motor Carrier Trans
550 Capitol Street NE
Salem, OR 97301-2530

Texas Workforce Commission
PO Box 149037
Austin, TX 78714-9037

Texas Workforce Commission
Regulatory Integrity Division
101 East 15th Street, Room 556
Austin, TX 78778-0001

U.S. Department of Labor
200 Constitution Avenue, NW
Washington, DC 20210

Nevada Department of Employment
Security Division, Contributions Section
500 East Third Street
Carson City, NV 89713-0030

U.S. Department of Labor
200 Constitution Avenue NW
Washington, DC 20210

**Others:**

Dean Anderson
1110 Sumner Ave
Humboldt, IA 50548

East End Equipment Sales Inc
3712 Marshall Road
Crosby, TX 77532

James R And Patricia Albert Living Trust
PO Box 847
Elk City, OK 73648

Majors Investments
5804 Columbine Way
Oklahoma City, OK 73142-1809

Messer Bowers Company
PO Box 1349
Enid, OK 73702