Dated: September 22, 2010 15:24:58

The following is ORDERED:

Niles Jackson
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: ) | | |
| PAUL TRANSPORTATION, INC., ) | Case Number: 10-13022 | |
|    Debtor. ) | (Chapter 11) | |

### ORDER GRANTING DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LEASE AGREEMENT WITH EAST END EQUIPMENT SALES, INC.

Upon consideration of the Debtor's Motion Pursuant to 11 U.S.C. § 363(B)(1) For Authority To Enter Into Lease Agreement (Doc. No. 180) (the "Motion") filed by Paul Transportation, Inc., the above-referenced debtor (the "Debtor"), on September 15, 2010, and upon the representations made by counsel:

    A.    This Court has jurisdiction over this case under 28 U.S.C. § 1334(b), and venue is proper under 28 U.S.C. § 1408.

    B.    This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

    C.    The Motion was served on September 15, 2010, as set out in the Certificate of Service filed in this case.

D.	Pursuant to the Court's Order Shortening Objection Period (Doc. No. 186) entered on September 16, 2010, the last day to file an objection to the Motion was September 20, 2010.

E.	No responses or objections to the Motion were timely filed; the Motion is therefore deemed confessed.

F.	Due and adequate notice of the Motion was given to all parties entitled thereto under the circumstances, and no other or further notice is necessary or required.

G.	The relief requested in the Motion is appropriate and necessary and in the best interests of the debtor in possession, the estate, creditors, and parties in interest. Good and sufficient cause exists for granting the relief requested in the Motion.

IT THEREFORE ORDERED ADJUDGED AND DECREED as follows:

1.	The Motion is granted.

2.	The Debtor is hereby authorized to enter into the Lease Agreement with East End Equipment Sales, Inc., as more particularly set forth in the Motion

3.	Findings are based upon representations of Counsel.

IT IS SO ORDERED.

# # #

APPROVED FOR ENTRY:

/s/ Matthew C. Goodin
Matthew Goodin, OBA #19327
Stephen W. Elliott, OBA #2685
KLINE, KLINE, ELLIOTT & BRYANT, P.C.
720 N.E. 63rd Street
Oklahoma City, OK  73105
Telephone: (405) 848-4448
Facsimile: (405) 842-4539
mgoodin@klinefirm.org
ATTORNEYS FOR THE DEBTOR IN POSSESSION,
PAUL TRANSPORTATION, INC.