# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: | ) |
| | ) |
| PAUL TRANSPORTATION, INC., | ) Case Number: 10-13022-NLJ |
| | ) (Chapter 11) |
| Debtor. | ) |

## SUBMISSION OF BALLOT TABULATION

COMES NOW the undersigned counsel for Paul Transportation, Inc., debtor-in-possession in the above-captioned case, and submits the attached Ballot Tabulation, indicating the parties whose ballots were solicited, those parties whose ballots were received, and whether the ballot received indicated an acceptance or rejection of the Plan. The attached tabulation calculates the amount of each ballot accepting or rejecting the Plan based upon the amount of the allowed claim. Where a ballot indicated an amount other than the deemed allowed amount, it has been noted.

/s/Matthew C. Goodin
Matthew C. Goodin, OBA #19327
Stephen W. Elliott, OBA #2685
KLINE, KLINE, ELLIOTT & BRYANT, P.C.
720 N.E. 63rd Street
Oklahoma City, OK 73105
(405) 848-4448; (405) 842-4539 (fax)
mgoodin@klinefirm.org

ATTORNEYS FOR THE DEBTOR IN
POSSESSION, PAUL TRANSPORTATION, INC.

## CERTIFICATE OF SERVICE

This is to certify that on the 18th day of April, 2011, I electronically transmitted the above and foregoing motion to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants listed on the attached "Electronic Mail Notice List."

/s/Matthew C. Goodin
Matthew C. Goodin, OBA #19327

# Mailing Information for Case 10-13022

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- **Regan Strickland Beatty**   beattyr@crowedunlevy.com, donna.hinkle@crowedunlevy.com;kerryann.wagoner@crowedunlevy.com;ecf@crowedunlevy.com
- **Kevin Blaney**   kblaney@btlawokc.com, chorton@btlawokc.com;bmorehead@btlawokc.com
- **Brian J Boerner**   bboerner@nashfirm.com
- **G. David Bryant**   dbryant@klinefirm.org, dbryant@ecf.epiqsystems.com;jbarnes@klinefirm.org
- **Stephen W. Elliott**   selliott@klinefirm.org, klinefirm@aol.com;mmills@klinefirm.org
- **Matthew Clay Goodin**   mattgoodin@cox.net, mgoodin@klinefirm.org,mmills@klinefirm.org,klinefirm@aol.com
- **David W. Hammond**   sfhpc@sfhpc.net, dwhsfhpc@sfhpc.net
- **John B. Heatly**   jheatly@fellerssnider.com, sshahan@fellerssnider.com;mbellar@fellerssnider.com
- **William H. Hoch**   hochw@crowedunlevy.com, donna.hinkle@crowedunlevy.com;kerryann.wagoner@crowedunlevy.com;ecf@crowedunlevy.com
- **Nkem A House**   nkem.house@crowedunlevy.com, paul.young@crowedunlevy.com;donna.hinkle@crowedunlevy.com;paula.tarbutton@crowedunlevy.com
- **Eric L Huddleston**   ehuddleston@eliasbooks.com, eric.huddleston@gmail.com;wdebner@eliasbooks.com
- **Crystal A Johnson**   cjohnson@cwlaw.com, lskinner@cwlaw.com;OKC_ECF@cwlaw.com
- **Carlos D Mayes**   dmayes@nashfirm.com, daynemayes@gmail.com;rnash@nashfirm.com
- **John W. Mee**   jwm3@meehoge.com, sar@meehoge.com;meehoge11@yahoo.com
- **Lyle R. Nelson**   lyle@lylenelsonlaw.com
- **Kiran A. Phansalkar**   kphansalkar@cwlaw.com, lskinner@cwlaw.com;OKC_ECF@cwlaw.com
- **Karolina Roberts**   kroberts@eliasbooks.com, karolinaroberts23@yahoo.com
- **Loretta K Roberts**   bankruptcy@drumlaw.com, pmc@drumlaw.com
- **Andrew R. Turner**   aturner@cwlaw.com
- **U.S. Trustee**   Ustpregion20.oc.ecf@usdoj.gov
- **Edward M Zachary**   edward.zachary@bryancave.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

    Warren M. Armstrong
    Miller Curtis & Weisbrod LLP
    11551 Forest Central Dr Ste 300
    Dallas, TX 75243

    BKD, LLP
    ,

    L. Vance Brown
    Elias Books Brown & Nelson PC
    Two Leadership Square, Suite 1300
    211 N. Robinson
    Oklahoma City, OK 73102

IN RE PAUL PAUL TRANSPORTATION, INC.
Case No. 10-13022 (USBC WD Okla.)

Ballot Summary

| Class | Claimant Name/Class Description | Number of Ballots Cast in Class by Holders of Allowed Claims or Interests | Number of Ballots Cast In Class to Accept | Total Dollar Amount of Allowed Claims Voted | Dollar Amount of Allowed Claims Voted to Accept | Class Accepts/ Rejects | Comments |
|---|---|---|---|---|---|---|---|
| 1 | Priority Claims Under 507(a)(4) | 1 | 1 | 0.00 | 0.00 | Accepts | Ballot states a claim of $400.00; see Note 2. |
| 2 | Priority Claims Under 507(a)(5) | 1 | 1 | 18,132.23 | 18,132.23 | Accepts | |
| 3 | Secured Claim of AFCO | 0 | 0 | 0.00 | 0.00 | Accepts | See Note 1. |
| 4 | Secured Claim of Brown and Brown | 1 | 1 | 26,122.00 | 26,122.00 | Accepts | Ballot states a claim of $52,312.00; see Note 2. |
| 5 | Secured Claim of Citizens Bank | 0 | 0 | 0.00 | 0.00 | Accepts | See Note 1. |
| 6 | Secured Claim of Commercial Credit Group, Inc. | 0 | 0 | 0.00 | 0.00 | Accepts | See Note 1. |
| 7 | Secured Claim of GMAC | 0 | 0 | 0.00 | 0.00 | Accepts | See Note 1. |
| 8 | Secured Claim of GMAC | 0 | 0 | 0.00 | 0.00 | Accepts | See Note 1. |
| 9 | Secured Claim of Indiana Department of Revenue | 0 | 0 | 0.00 | 0.00 | Accepts | See Note 1. |
| 10 | Secured Claim of National American Insurance Co. | 0 | 0 | 0.00 | 0.00 | Accepts | See Note 1. |
| 11 | Secured Claim of Paccar Financial Corp. | 1 | 1 | 160,621.10 | 160,621.10 | Accepts | Ballot states a claim of $164,827.08; see Note 2. |
| 12 | Secured Claim of Paccar Financial Corp. | 1 | 1 | 165,941.01 | 165,941.01 | Accepts | Ballot states a claim of $166,244.40; see Note 2. |
| 13 | Secured Claim of Paccar Financial Corp. | 1 | 1 | 314,768.70 | 314,768.70 | Accepts | Ballot states a claim of $308,943.72; see Note 2. |
| 14 | Secured Claim of Paccar Financial Corp. | 1 | 1 | 106,573.79 | 106,573.79 | Accepts | Ballot states a claim of $90,588.96; see Note 2. |
| 15 | Secured Claim of Trans Advantage, Inc. | 1 | 1 | 283,222.16 | 283,222.16 | Accepts | Ballot states a claim of $2,930,000.00; see Note 2. |
| 16 | Secured Claim of Trans Advantage, Inc. | 0 | 0 | 0.00 | 0.00 | Accepts | See Note 1. |
| 17 | Secured Claim of Transport International Pool, Inc. | 1 | 0 | 2,304,700.86 | 0.00 | Rejects | |
| 18 | Secured Claim of Transport International Pool, Inc. | 1 | 0 | 1,207,663.73 | 0.00 | Rejects | |
| 19 | Secured Claim of Transport International Pool, Inc. | 1 | 0 | 707,554.88 | 0.00 | Rejects | |
| 20 | Secured Claim of RTS Financial Service, Inc. | 0 | 0 | 0.00 | 0.00 | Accepts | See Note 3. |
| 21 | Unsecured Claims of $10,000 or Below | 19 | 18 | 21,365.03 | 16,665.43 | Accepts | Some of the ballots state amounts different from allowed amounts |
| 22 | Unsecured Claims of $10,001 and Above | 10 | 9 | 3,266,808.92 | 2,867,999.93 | Accepts | Some of the ballots state amounts different from allowed amounts |
| 23 | Equity Security Interest Holder | 0 | 0 | 0.00 | 0.00 | Accepts | See Note 1. |

Note 1
No ballots or objections were received from claimants in this class. Accordingly, this class is deemed to have accepted. In re RUTI-Sweetwater, Inc., 836 F.2d 1263 (10th Cir. 1988)

Note 2
Several creditors cast ballots reflecting amounts different from their allowed claims or reflecting no amounts. This tabulation sets forth the ballots received by the debtor-in-possession as cast if the amount stated therein was less than the currently-allowed claim, but otherwise uses the allowed claim amount.

Note 3
Class 20 is unimpaired under the Plan and is therefore deemed to accept the Plan. 11 USC Section 1126(f).

IN RE PAUL TRANSPORTATION, INC.
Case No. 10-13022-NLJ (USBC WD Okla.)
Classes 1 Through 20

| Class | Name | Scheduled Amount | POC No. | POC Amount | Amount PTI Believes is Owed | Allowed Secured | Allowed Priority | Allowed Unsecured | Ballot Amount (if different from Allowed) | Accepts | Rejects |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1 - Allowed Priority Claims Under 507(a)(4)** | | | | | | | | | | | |
| | Lonnie Carter [also 507(a)(7) and other] | 0.00 | 109 | 785.00 | 0.00 | | 785.00 | | | | |
| | Mike Jordan Company Inc | 0.00 | 151 | undetermined | 0.00 | | undetermined | | | | |
| | Randy Prewitt | 0.00 | 176 | 50,000.00 | 0.00 | | 50,000.00 | | | | |
| | Randy Wells | 0.00 | 93 | 300.00 | 0.00 | | 300.00 | | 400.00 | X | |
| | Steve Morrison | 0.00 | 161 | 350.00 | 0.00 | | 0.00 | | | | |
| | Titus Fireall | 0.00 | 166 | 3,535.77 | 0.00 | | 3,535.77 | | | | |
| **2 - Allowed Priority Claims Under 507(a)(5)** | | | | | | | | | | | |
| | Intrust Bank | 0.00 | 49 | 18,132.23 | | | 18,132.23 | | | X | |
| | Employees (PAID) | 282,000.00 | | | | | 0.00 | | | | |
| **3 - Allowed Secured Claim of AFCO** | | | | | | | | | | | |
| | AFCO | 3,123.31 | 55 | 15,490.82 | 0.00 | 15,490.82 | | | | | |
| **4 - Allowed Secured Claim of Brown and Brown** | | | | | | | | | | | |
| | Brown and Brown Of Central OK | 26,122.00 | | | 0.00 | 26,122.00 | | | 52,312.00 | X | |
| **5 - Allowed Secured Claim of Citizens Bank** | | | | | | | | | | | |
| | Citizens Bank Of Oklahoma | 512,493.19 | | | 492,368.65 | 512,493.19 | | | | | |
| **6 - Allowed Secured Claim of Commercial Cred** | | | | | | | | | | | |
| | Commercial Credit Group Inc | 1,877,712.51 | 114 | 1,985,324.17 | 1,908,339.23 | 1,985,324.17 | | | | | |

| Class | Name | Scheduled Amount | POC No. | POC Amount | Amount PTI Believes is Owed | Allowed Secured | Allowed Priority | Allowed Unsecured | Ballot Amount (if different from Allowed) | Accepts | Rejects |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7, 8 - Allowed Secured Claims of GMAC | | | | | | | | | | | |
| | GMAC | 60,895.93 | 2 | 28,806.45 | 28,806.45 | 28,806.45 | | | | | |
| | GMAC | | 3 | 28,667.39 | 28,667.39 | 28,667.39 | | | | | |
| 9 - Allowed Secured Claim of Indiana Dept Rev | | | | | | | | | | | |
| | Indiana Department of Revenue | | 99 | | 0.00 | 104.05 | | | | | |
| | Indiana Department of Revenue | | 173 | | 0.00 | | | | | | |
| 10 - Allowed Secured Claim of National Americ | | | | | | | | | | | |
| | National American Insurance Co | 10,779.02 | | | 0.00 | 10,779.02 | | | | | |
| 11, 12, 13, 14 - Allowed Secured Claims of Pacc | | | | | | | | | | | |
| | Paccar Financial Corp | 882,482.83 | 82 | 2,244,350.18 | | | | | | | |
| | | | 11 | | 160,621.10 | 160,621.10 | | | 164,827.08 | X | |
| | | | 12 | | 165,941.01 | 165,941.01 | | | 166,244.40 | X | |
| | | | 13 | | 314,768.70 | 314,768.70 | | | 308,943.72 | X | |
| | | | 14 | | 106,573.79 | 106,573.79 | | | 90,588.96 | X | |
| 15, 16 - Allowed Secured Claims of Trans Adva | | | | | | | | | | | |
| | Trans Advantage Inc | 4,817,031.41 | 122 | 4,836,336.83 | 283,222.16 | 283,222.16 | | 4,553,114.67 | 2,930,000.00 | X | |
| | Trans Advantage Inc | | | | | | | | | | | |
| 17, 18, 19 - Allowed Secured Claims of TIP | | | | | | | | | | | |
| | Transport International Pool Inc | 5,565,987.61 | 139 | 4,219,919.46 | 3,395,355.70 | 3,227,900.00 | | 992,019.46 | 2,304,700.86 | | X |
| | | | 17 | | | | | | 1,207,663.73 | | X |
| | | | 18 | | | | | | | | |

| Class | Name | Scheduled Amount | POC No. | POC Amount | Amount PTI Believes is Owed | Allowed Secured | Allowed Priority | Allowed Unsecured | Ballot Amount (if different from Allowed) | Accepts | Rejects |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 - Allowed Secured Claim of RTS Financial | RTS Financial Service Inc | 19 | | | | | | | 707,554.88 | | X |

IN RE PAUL TRANSPORTATION, INC.
Case No. 10-13022-NLJ (USBC WD Okla.)
Classes 21 Through 22

| Class | Name | Scheduled Amount | POC No. | POC Amount | Amount PTI Believes is Owed | Allowed Secured | Allowed Priority | Allowed Unsecured | Ballot Amount (if different from Allowed | Accepts | Rejects |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 - Unsecured Claims $10,000 or Below | | | | | | | | | | | |
| | Able Crane Service | 600.00 | 94 | 600.00 | 600.00 | | | 600.00 | | | |
| | Access Systems | 95.00 | | | 95.00 | | | 95.00 | | | |
| | Adams Electric And Plumbing | 1,652.80 | | | 1,652.80 | | | 1,652.80 | | | |
| | Adams Transportation | 1,550.00 | | | 0.00 | | | 1,550.00 | | | |
| | AFLAC | 9,500.08 | | | 9,500.08 | | | 9,500.08 | | | |
| | Alk Technologies | 5,511.80 | | | 0.00 | | | 5,511.80 | | | |
| | Allied Waste Service | 496.92 | | | 496.92 | | | 496.92 | | | |
| | American Central Transportation | 4,000.00 | | | 0.00 | | | 4,000.00 | | | |
| | Arkansas Department of Revenue | | | | 500.67 | | | 500.67 | | | |
| | ARL TRANSPORT LLC | 1,072.55 | 11 | 1,075.00 | 1,075.00 | | | 1,075.00 | | | |
| | B And E Escort Inc | 0.00 | 134 | 0 | 0.00 | | | 0.00 | | | |
| | BankDirect Capital Finance | 3,436.43 | | | 3,436.43 | | | 3,436.43 | | | |
| | BARBER TRUCKING INC | 1,122.55 | 51 | 1,275.00 | 1,122.55 | | | 1,275.00 | | | |
| | BARR TRUCKING INC | 800.00 | 52 | 727.12 | 727.12 | | | 727.12 | | | |
| | Big Als Oil And Diesel Repair | 0.00 | 74 | 4,031.00 | 0.00 | | | 4,031.00 | | | |
| | BLUE DIAMOND TRUCKING INC | 1,797.55 | 60 | 1,800.00 | 1,800.00 | | | 1,800.00 | | | |
| | BUNKER SAWMILL | 1,750.00 | 110 | 1,850.00 | 1,750.00 | | | 1,850.00 | | | |
| | CADDO EXPRESS FREIGHT | 1,500.00 | 162 | 2,250.00 | 0.00 | | | 2,250.00 | | | |
| | CADDO EXPRESS FREIGHT | 1,500.00 | 162 | 2,250.00 | 0.00 | | | 0.00 | | | |
| | Canton Chiropractic | 152.24 | | | 152.24 | | | 152.24 | | | |
| | CBeyond | 1,147.32 | | | 0.00 | | | 1,147.32 | | | |
| | Central Arizona Escort Service | 0.00 | 6 | 333.00 | 0.00 | | | 333.00 | | | |
| | Central Equipment | 438.49 | | | 438.49 | | | 438.49 | | | |
| | Chartis Specialty Insurance Co | 0 | 157 | 7,250.00 | 0.00 | | | 7,250.00 | | | |
| | Ciardi Ciardi And Astin | 208.50 | | | 208.50 | | | 208.50 | | | |
| | Cintas Corporation | 911.97 | 24 | 1,719.14 | 911.97 | | | 1,719.14 | | | |
| | Colorado Department of Revenue | | | | 27.65 | | | 27.65 | | | |
| | Comcast | 0.00 | 1 | 576.73 | 0 | | | 576.73 | | | |
| | Comcast Cable | 0.00 | 40 | 576.73 | 0 | | | 576.73 | | | |
| | Comdata Fuel Taxservices | 2,098.00 | | | 0.00 | | | 2,098.00 | | | |
| | Comdata Pilot Car PC6914 | 1,990.37 | | | 0.00 | | | 1,990.37 | | | |
| | Comdata XB549 | 6,975.24 | | | | | | | | | |
| | Compliance Safety System | 1,787.00 | | | 1,373.00 | | | 1,787.00 | | | |
| | Compunet Credit Services | 1,268.20 | 138 | 1,449.65 | 1,268.20 | | | 1,449.65 | | | |
| | Continental Western Insurance Company | 2,343.00 | | | 0.00 | | | 2,343.00 | | | |
| | Coppermark | 7,561.36 | 32 | 351,306.66 | 0.00 | 0.00 | | | | | |
| | Coppermark | | 33 | 50,000.00 | 0.00 | 0.00 | | | | | |
| | Corvel | 663.57 | | | 663.57 | | | 663.57 | | | |
| | Cottingham and Butler | 99.00 | | | 99.00 | | | 99.00 | | | |
| | Crawford US Property And Casualty | 269.90 | | | 269.90 | | | 269.90 | | | |
| | Cyber Lodge Internet Service | 69.90 | | | 69.90 | | | 69.90 | | | |

| Class | Name | Scheduled Amount | POC No. | POC Amount | Amount PTI Believes is Owed | Allowed Secured | Allowed Priority | Allowed Unsecured | Ballot Amount (if different from Allowed) | Accepts | Rejects |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DART TRANSIT COMPANY | 0.00 | 91 | 2,823.12 | 0.00 | | | 2,823.12 | | | |
| | DAWS TRUCKING INC | 3,000.00 | 38 | 3,000.00 | 3,000.00 | | | 3,000.00 | | | |
| | Dee Lawrence Martinez MD | 1,045.19 | | | 0.00 | | | 1,045.19 | | | |
| | DEMCO TRANS INC | 1,400.00 | | | 0.00 | | | 1,400.00 | | | |
| | Dept Of Finance And Administr | 1,687.50 | | | 1,687.50 | | | 1,687.50 | | | |
| | DJS TRUCKING EXPRESS INC | 925.00 | 171 | 925.00 | 0.00 | | | 0.00 | | | |
| | E And M Specialty | 0.00 | 113 | 800.00 | 0.00 | | | 800.00 | | | |
| | E J MADISON LLC | 1,600.00 | 148 | 1,600.00 | 1,600.00 | | | 1,600.00 | | | |
| | E L FARMER and CO | 1,850.00 | 62 | 1,932.11 | 1,850.00 | | | 1,932.11 | | | |
| | E470 Public Highway Authority | 20.00 | | | 20.00 | | | 20.00 | | | |
| | Eastern Oklahoma Ear Nose And Throat | 308.91 | | | 308.91 | | | 308.91 | | | |
| | Ebe Technologies | 8,468.49 | | | 0.00 | | | 8,468.49 | | | |
| | EJ STUTZMAN INC | 950.00 | 8 | 950.00 | 950.00 | | | 950.00 | | X | |
| | ELBAC INC | 1,961.10 | 9 | 2,100.00 | 1,961.10 | | | 2,100.00 | | X | |
| | Environmental Testing Inc | 302.00 | | | 302.00 | | | 302.00 | | | |
| | ERWIN BROTHERS LLC | 672.55 | 107 | 825.00 | 675.00 | | | 825.00 | | | |
| | ESP LOGISTICS LLC | 597.55 | 44 | 600.00 | 600.00 | | | 600.00 | | | |
| | Field And Sons Inc | 155.00 | 100 | 184.60 | 155.00 | | | 184.60 | | | |
| | FOWLER POST CO INC | 772.55 | 108 | 775.00 | 775.00 | | | 775.00 | | X | |
| | Freds Truck And Auto Repair | 1,857.20 | | | 0.00 | | | 1,857.20 | | | |
| | Georgia Department Of Revenue | 0.00 | 37 | Undetermined | Undetermined | | | 220.79 | | | |
| | Gerald Arrington | 187.34 | | | 187.34 | | | Undetermined | | | |
| | Gilbarco Inc | 589.85 | | | 0.00 | | | 187.34 | | | |
| | Golden Valley Memorial Hospital | 0.00 | 119 | 950.00 | 0.00 | | | 589.85 | | | |
| | Greatwide Cheetah LLC | 0.00 | 120 | 5,375.00 | 0.00 | | | 950.00 | | | |
| | Greatwide Dallas Mavis LLC | 997.55 | 13 | 1,000.00 | 1,000.00 | | | 5,375.00 | | | |
| | GYPSUM EXPRESS LTD | 387.00 | | | 387.00 | | | 1,000.00 | | | |
| | Hilb Rogal and Hobbs | 2,088.54 | 48 | 2,088.54 | 2,088.54 | | | 387.00 | | | |
| | HILLIN SAND AND GRAVEL INC | 512.79 | | | 0.00 | | | 2,088.54 | | | |
| | Hireright Solutions Inc | 1,155.00 | | | 1,155.00 | | | 512.79 | | | |
| | Holmes Fence and Gate Sevice | 210.00 | | | 210.00 | | | 1,155.00 | | | |
| | Huber Engineered Woods LLC | 4,145.56 | 46 | 5,163.29 | 1,031.24 | | 1,072.81 | 210.00 | | | |
| | IBM Corp | | | | | | | 4,090.48 | | | |
| | IBM Credit LLC | | | | | | | 21.00 | | | |
| | Illinois Department Of Revenue | 1,762.50 | | | 0.00 | | | 1,762.50 | | | |
| | IMM Enterprises Inc | 508.21 | 123 | 508.21 | 508.21 | | | 508.21 | | | |
| | Imperial Supplies LLC | | | | 35.18 | | | 35.18 | | | |
| | Indiana Department of Revenue | | | | 23.88 | | | 23.88 | | | |
| | Indiana Department of Revenue | | | | 0.00 | | | 0.00 | | | |
| | Innovative Computing Corp | 6,759.00 | | | 0.00 | | | 6,759.00 | | | |
| | Intelek Technologies | 145.40 | | | 145.40 | | | 145.40 | | | |
| | Interstate Batteries | 3,023.75 | | | 0.00 | | | 3,023.75 | | | |
| | Interstate Battery System | 687.65 | 88 | 766.45 | 687.65 | | | 766.45 | | | |
| | Interstate Contractors | 400.00 | | | 0.00 | | | 400.00 | | | |
| | J J Keller and Associates Inc | 3,211.74 | | | 0.00 | | | 3,211.74 | | | |
| | JC Professional Lawn Management | 189.44 | | | 189.44 | | | 189.44 | | | |
| | Jefferson Trucking Company | 0.00 | 50 | 49.00 | 0.00 | | | 49.00 | | | |
| | JERRY FORD | 0.00 | 71 | 512.00 | 0.00 | | | 512.00 | | | |

| Class | Name | Scheduled Amount | POC No. | POC Amount | Amount PTI Believes is Owed | Allowed Secured | Allowed Priority | Allowed Unsecured | Ballot Amount (if different from Allowed) | Accepts | Rejects |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | JIM HALVERSON TRUCKING LLC | 197.55 | 39 | 200.00 | 200.00 | | | 200.00 | | x | |
| | John Kimball Welding | 117.48 | | | 117.48 | | | 117.48 | | | |
| | JOHN PLFEDDERER TRUCKING | 1,350.00 | 20 | 1,350.00 | 1,350.00 | | | 1,350.00 | | | |
| | Johnson Controls | 492.50 | 54 | 492.50 | 492.50 | | | 492.50 | | x | |
| | Jon Ford | 0.00 | 56 | 311.00 | 0.00 | | | 311.00 | | | |
| | JUSTIN RICHEY | 0.00 | 136 | 3,080.00 | 3,080.00 | | | 3,080.00 | | | |
| | Kansas Department of Revenue | | | | 790.86 | | | 790.86 | | | |
| | Kansas Small Mine Safety | 475.10 | 147 | 475.10 | 475.10 | | | 475.10 | | x | |
| | KENS TRANSPORTS | 400.00 | 84 | 400.00 | 400.00 | | | 400.00 | | | |
| | Key Benefit Administrators | 1,674.81 | | | 1,674.81 | | | 1,674.81 | | | |
| | Kirbys Wrecker and Service | 159.00 | | | 159.00 | | | 159.00 | | | |
| | Klingenberg And Associates | 1,598.99 | 59 | 1,598.99 | 1,598.99 | | | 1,598.99 | | x | |
| | KNA Custom Services LLC | 1,400.00 | 158 | 1,680.00 | 440.00 | | | 1,680.00 | 1,240.00 | | |
| | LAKEY AND LAKEY INC | 700.00 | 87 | 700.00 | 700.00 | | | 700.00 | | | |
| | Lampton Welding Supply | 1,887.90 | | | 1,887.90 | | | 1,887.90 | | | |
| | Leah P Keele | 0.00 | 80 | 524.16 | 0 | | | 524.16 | | | |
| | LEON VALLEY INC | 1,100.00 | 47 | 1,100.00 | 1,100.00 | | | 1,100.00 | | x | |
| | LINDSAY TRANSPORTATION INC | 1,331.62 | 69 | 461.45 | 461.45 | | | 461.45 | 461.00 | | |
| | Livewire Holdings LLC | 2,700.00 | | | 0.00 | | | 2,700.00 | | | |
| | LLOYD BULTSAMA TRUCKING INC | 1,752.55 | 53 | 2,025.00 | 1,752.55 | | | 2,025.00 | | | |
| | LONE STAR TRANSPORTATION INC | 1,900.00 | 105 | 2,196.40 | 1,900.00 | | | 2,196.40 | 1,900.00 | x | |
| | MALCOLM RAY TRUCKING | 3,900.00 | 143 | 3,900.00 | 3,900.00 | | | 3,900.00 | | x | |
| | MANNAGIFT LOGISTICS INC | 650.00 | 15 | 650.00 | 650.00 | | | 650.00 | | | |
| | MARRLIN TRANSIT INC | 550.00 | 95 | 550.00 | 550.00 | | | 550.00 | | | |
| | Matts Tire Service Inc | 2,348.42 | | | 2,348.42 | | | 2,348.42 | | | |
| | McDaniels Quality Body Works | 3,561.49 | | | 3,561.49 | | | 3,561.49 | | | |
| | Medicine Lodge Memorial | 336.90 | | | 336.90 | | | 336.90 | | | |
| | Mendozas Welding Service | 2,879.48 | | | 2,879.48 | | | 2,879.48 | | | |
| | MER TRAN 2 | 397.55 | 115 | 600.00 | 400.00 | | | 600.00 | | | |
| | Messer Bowers Realty | 5,820.00 | | | | | | 5,820.00 | | | |
| | MHC Kenworth Kansas City | 2,426.22 | | | | | | 2,426.22 | | | |
| | MHC Kenworth Oklahoma City | 0.00 | 101 | 2,447.60 | 0.00 | | | 2,447.60 | | | |
| | Michael Wright MD | 0.00 | 70 unknown | unknown | 0.00 | | | unknown | | | |
| | Midwest Decals LLC | 3,413.92 | 14 | 3,425.76 | 3,413.92 | | | 3,425.76 | | | x |
| | Missouri Department of Revenue | | | | 214.80 | | | 214.80 | | | |
| | Mobile Modular Mangement | 2,107.62 | 36 | 4,699.60 | 2,107.62 | | | 4,699.60 | | | |
| | Murff Land Company | 4,000.00 | 97 | 4,000.00 | 4,000.00 | | | 4,000.00 | | | |
| | National Gypsum Company | 0.00 | 57 | 6,881.30 | 0.00 | | | 6,881.30 | | | |
| | Neofunds By Neopost | 2,954.17 | | | | | | 2,954.17 | | | |
| | Neopost Leasing | 191.17 | | | 598.00 | | | 191.17 | | | |
| | New Mexico Taxation and Revenue | 10,980.77 | 165 | 12,274.84 | 36.82 | | | 36.82 | | | |
| | New York State Tax Department | | | | 1,600.00 | | | 1,600.00 | | | |
| | NORTHERN STEEL TRANSPORT | 1,600.00 | 96 | 1,600.00 | | | | | | | |
| | O G and E | 84.86 | | | 84.86 | | | 84.86 | | | |
| | OFS INC | 147.55 | 7 | 150.00 | 150.00 | | | 150.00 | | | |
| | OHIO TRANSPORT CORP | 1,050.00 | 98 | 1,050.00 | 1,050.00 | | | 1,050.00 | | | |
| | Oklahoma City Utilities Dept | 103.62 | | | 103.62 | | | 103.62 | | | |
| | Oklahoma Natural Gas Company | 1,436.70 | 63 | 1,536.43 | 1,435.70 | | | 1,536.43 | | | |

| Class | Name | Scheduled Amount | POC No. | POC Amount | Amount PTI Believes is Owed | Allowed Secured | Allowed Priority | Allowed Unsecured | Ballot Amount (if different from Allowed) | Accepts | Rejects |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Oklahoma Natural Gas Company | | 64 | 222.00 | 0.00 | | | 222.00 | | | |
| | Oklahoma Natural Gas Company | | 65 | 135.16 | 0.00 | | | 135.16 | | | |
| | OReilly Auto Parts | 3,427.56 | | | 3,427.56 | | | 3,427.56 | | | |
| | OTR Fleet Service LLC | 282.48 | | | 282.48 | | | 282.48 | | | |
| | OUTLAW TRUCKING | 700.00 | | | 0.00 | | | 700.00 | | | |
| | OVERNIGHT EXPRESS | 400.00 | | 400.00 | 400.00 | | | 400.00 | | | |
| | PETTZ FARMS FEED | 350.00 | 153 | 350.00 | 350.00 | | | 350.00 | | | |
| | PI AND I MOTOR EXPRESS INC | 597.55 | 18 | 600.00 | 600.00 | | | 600.00 | | X | |
| | PICKS PACK HAULER INC | 997.55 | 112 | 904.34 | 904.34 | | | 904.34 | | | |
| | Pignato Cooper Kolker | 4,779.97 | 16 | 1,485.00 | 1,485.00 | | | 1,485.00 | | | |
| | PINEWOOD TRANSPORT LTD | 900.00 | 117 | 900.00 | 900.00 | | | 1,118.00 | | | |
| | PIQUA TRANSFER AND STORAGE CO | 900.00 | 58 | 818.00 | 818.00 | | | 818.00 | | | |
| | PJs Court Reporting | 324.00 | 72 | | 324.00 | | | 324.00 | | | |
| | Prudential | 2,549.01 | | | 2,549.01 | | | 2,549.01 | | | |
| | R AND R EXPRESS | 500.00 | 19 | 500.00 | 500.00 | | | 500.00 | | X | |
| | R H Lawn | 400.00 | | | 0.00 | | | 400.00 | | | |
| | Ramada Airport South | 2,033.10 | | | 2,033.10 | | | 2,033.10 | | | |
| | Ranco | 1,413.31 | | | 1,413.31 | | | 1,413.31 | | | |
| | Rand McNally Commercial | 1,516.90 | 137 | 1,516.90 | 1,516.90 | | | 1,516.90 | | | |
| | RAPID HOT SHOT AND TRUCKING | 1,400.00 | 41 | 1,540.00 | 1,400.00 | | | 1,540.00 | | | |
| | Rees Truck and Trailer Inc | 280.74 | | | 280.74 | | | 280.74 | | | |
| | Reitnour Inc | 1,982.90 | | | 0.00 | | | 1,982.90 | | | |
| | Reliant Energy | 877.04 | | | 877.04 | | | 877.04 | | | |
| | Republic Paperboard Co LLC | 0.00 | 149 | 990.00 | 990.00 | | | 990.00 | | | |
| | RICHARD COCKRELL INC | 1,347.55 | 172 | 1,350.00 | | | | 0.00 | | | |
| | RICHARD COLLIER | 500.00 | | | 0.00 | | | 500.00 | | | |
| | Ricke Service and Hardware | 0.00 | 30 | 294.33 | 211.49 | | | 294.33 | 294.11 | X | |
| | ROANE TRANSPORTATION SERVICES | 1,250.00 | 23 | 1,136.12 | 1,136.12 | | | 1,136.12 | | | |
| | Rockhurt University | 798.00 | | | 0.00 | | | 798.00 | | | |
| | SAMMONS TRANSPORTATION INC | 9,673.62 | 174 | 9,725.00 | | | | 0.00 | | | |
| | Scan Systems Corp | 1,304.41 | | | 1,304.41 | | | 1,304.41 | | | |
| | SCENIC WOOD PRODUCTS INC | 800.00 | 12 | 800.00 | 800.00 | | | 800.00 | | | |
| | Scudder Law Firm | 3,845.46 | 116 | 4,016.21 | 3,845.46 | | | 4,016.21 | | | |
| | Sharkey Transportation Inc | 1,135.20 | | | 0.00 | | | 1,135.20 | | | |
| | SHAY AND SHAY INC | 1,150.00 | 31 | 1,150.00 | 1,150.00 | | | 1,150.00 | | | |
| | Shred It | 107.00 | | | 107.00 | | | 107.00 | | | |
| | Smart Image Systems Inc | 494.24 | 103 | 556.02 | 555.02 | | | 556.02 | | | |
| | SOUTHEAST LOGISTICS INC | 5,285.43 | 163 | 4,800.04 | 4,800.04 | | | 0.00 | 4,800.04 | X | |
| | Southern Pioneer Electric Co | 0.00 | 83 | 1,015.65 | 0.00 | | | 1,015.65 | | | |
| | Southwest Truck Parts Inc | 532.28 | | | 532.28 | | | 532.28 | | | |
| | Sprint | 489.74 | 111 | 454.88 | 454.88 | | | 454.88 | | | |
| | STATE TRACTOR TRUCKING INC | 400.00 | 21 | 400.00 | 400.00 | | | 400.00 | | | |
| | SUPERHAWK EXPRESS LLC | 1,150.00 | | | 0.00 | | | 1,150.00 | | | |
| | SYCAMORE SPEC CARRIERS INC | 297.55 | 144 | 300.00 | 300.00 | | | 300.00 | | X | |
| | TANTARA TRANSPORTATION | 197.55 | 86 | 181.78 | 181.78 | | | 181.78 | | X | |
| | Texas Tollways CSC | 139.08 | | | 139.08 | | | 139.08 | | | |
| | The Synergy Adjusting Corp | 888.08 | | | 0.00 | | | 888.08 | | | |
| | The Trucker | 1,230.00 | | | 0.00 | | | 1,230.00 | | | |

| Class | Name | Scheduled Amount | POC No. | POC Amount | Amount PTI Believes is Owed | Allowed Secured | Allowed Priority | Allowed Unsecured | Ballot Amount (if different from Allowed | Accepts | Rejects |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | TMI | 0.00 | 43 | 2,275.04 | 0.00 | | | 2,275.04 | | | |
| | Toyota Financial Service | | 132 | 8,727.00 | 8,727.00 | | | 8,727.00 | | | |
| | Toyota Financial Service | | 126 | 6,263.52 | 0.00 | | | 6,263.52 | | | |
| | Traffic Service Bureau | 2,639.96 | | | 2,639.96 | | | 2,639.96 | | | |
| | Transflo Express LLC | 2,014.66 | 179 | 752.50 | 414.05 | | | 752.50 | | | |
| | Travel Centers Of America | 2,095.72 | | | 2,095.72 | | | 2,095.72 | | | |
| | Tristar Pension LTD | 1,146.84 | | | 1,146.84 | | | 1,146.84 | | | |
| | UPS | 876.50 | 78 | 1,250.37 | 85.09 | | | 1,250.37 | | x | |
| | US Postage Meter Center | 436.60 | 10 | 436.60 | 436.60 | | | 436.60 | | | |
| | Valir Outpatient Clinics | 0.00 | 168 | 2,335.00 | 0.00 | | | 2,335.00 | | | |
| | Value Place OKC 1240 | 1,996.16 | | | 1,996.16 | | | 1,996.16 | | x | |
| | VSP Vision Service Plan | 1,793.37 | | | 1,793.37 | | | 1,793.37 | | | |
| | Warren Cat | 3,620.15 | | | 3,620.15 | | | 3,620.15 | | | |
| | WESTERN FLYER EXPRESS INC | 490.00 | | | 0.00 | | | 490.00 | | | |
| | Western Marketing Inc | 2,657.30 | 67 | 3,817.95 | 2,657.30 | | | 3,817.95 | | | |
| | Winston Services | 3,989.32 | | | 0.00 | | | 3,989.32 | | | |
| | WITMEYER AND ASSOCIATES | 1,016.00 | 102 | 1,055.00 | 1,016.00 | | | 1,055.00 | | | |
| | Yale Uniform Rental | 2,647.89 | | | 0.00 | | | 2,647.89 | | | |
| | Zep Sales And Service | 1,192.08 | | | 1,192.08 | | | 1,192.08 | | | |
| 22 - Unsecured Claims Above $10,000 | | | | | | | | | | | |
| | American Express | 197,675.89 | 90 | 149,875.13 | 149,875.13 | | | 149,875.13 | | x | |
| | American Express | 197,675.89 | 81 | 23,620.02 | 23,620.02 | | | 23,620.02 | | x | |
| | Ameriquest | 40,813.52 | 29 | 45,992.87 | 40,813.52 | | | 45,992.87 | | | |
| | Anthony Johnson | 0.00 | 155 | 75,000.00 | 0.00 | | | 75,000.00 | | x | |
| | Bank Of Oklahoma | 0.00 | 76 | 48,227.01 | 0.00 | | | 48,227.01 | | | |
| | Baymont Inn | 6,643.42 | 85 | 10,082.70 | 6,643.42 | | | 10,082.70 | | | |
| | Colonial Pacific Leasing Corporation | 1,122,548.10 | 141 | 1,299,808.99 | 0.00 | 901,000.00 | | 398,808.99 | 1,299,808.99 | x | |
| | Comdata Corp PA427 | 154,470.58 | 146 | 162,386.09 | 162,386.09 | | | 162,386.09 | | x | |
| | Dependable Transport | 11,918.99 | | | 0.00 | | | 11,918.99 | | | |
| | Derryberry and Naifeh LLP | 1,944.24 | 45 | 11,274.19 | 1,944.24 | | | 11,274.19 | | | |
| | Doonan Peterbilt Of Great Bend | 23,670.62 | | | 0.00 | | | 23,670.62 | | | |
| | Doonan Truck And Equipment | | 22 | 23,670.62 | | | | 23,670.62 | | | |
| | Dothan Tarpaulin Products Inc | 40,823.80 | 26 | 40,043.36 | 40,043.36 | | | 40,043.36 | | x | |
| | Express Services Inc | 8,093.40 | 121 | 14,870.80 | 14,870.80 | | | 14,870.80 | | | |
| | Fleetnet America | 4,000.00 | 27 | 31,644.32 | 4,000.00 | | | 31,644.32 | | | |
| | FPC Financial fsb for John Deere Credit | 0.00 | 4 | 12,309.34 | 6,696.23 | | | 12,309.34 | | | |
| | General Electric Capital Corporation | 4,236,349.40 | 140 | 6,342,594.79 | 1,481,369.95 | 3,921,300.00 | | 2,421,294.79 | 1,730,783.68 | x | |
| | Goodyear Tire And Rubber Company | 144,108.28 | 75 | 204,531.85 | 144,108.28 | | | 204,531.85 | | | |
| | Internal Revenue Service | | | | 153,677.62 | | | 153,677.62 | | | |
| | Katz Sapper and Miller | 39,650.00 | 167 | 38,239.90 | 38,239.90 | | | 38,239.90 | | | |
| | Majors Investments | | 124 | 162,000.00 | | | | 162,000.00 | | x | |
| | Miller Truck Lines LLC | 500.00 | 17 | 15,108.89 | 15,108.89 | | | 15,108.89 | | | |
| | Oklahoma Workers Compensation Court | 0.00 | | | 0.00 | 0.00 | | 0.00 | | | |
| | Paul Logistics Inc | 10,779.02 | 169 | 4,020,414.00 | | | | 4,020,414.00 | | | |
| | Preferred Networks Corp | 3,610.50 | 156 | 12,580.00 | 3,610.50 | | | 12,580.00 | | | |
| | Prepass | 0.00 | 104 | 10,937.50 | 10,937.50 | | | 10,937.50 | | | |

| Class | Name | Scheduled Amount | POC No. | POC Amount | Amount PTI Believes is Owed | Allowed Secured | Allowed Priority | Allowed Unsecured | Ballot Amount (if different from Allowed) | Accepts | Rejects |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Qualcomm Incorporated | 18,925.46 | 135 | 24,257.17 | 24,257.17 | | | 24,257.17 | | | |
| | Robert Brogan | 0.00 | 154 | 19,573.27 | 0.00 | | | 19,573.27 | | X | |
| | Rush Truck Centers | 28,080.50 | 34 | 20,835.42 | 9,683.42 | | | 20,835.42 | | | |
| | T and W Tire | 208,635.52 | 42 | 191,912.75 | 191,912.75 | | | 191,912.75 | | | |
| | Toyota Financial Service | | 128 | 81,646.18 | 81,646.18 | | | 81,646.18 | | | |
| | Toyota Financial Service | | 129 | 78,462.98 | 78,462.98 | | | 78,462.98 | | | |
| | Toyota Financial Service | | 127 | 76,460.46 | 76,460.46 | | | 76,460.46 | | | |
| | Toyota Financial Service | | 142 | 63,063.34 | 63,063.34 | | | 63,063.34 | | | |
| | Toyota Financial Service | | 130 | 57,743.62 | 57,743.62 | | | 57,743.62 | | | |
| | Toyota Financial Service | 1,586,010.04 | 125 | 51,516.64 | 51,516.64 | | | 51,516.64 | | | |
| | Toyota Financial Service | | 133 | 34,752.89 | 34,752.89 | | | 34,752.89 | | | |
| | Toyota Financial Service | | 131 | 34,514.54 | 34,514.54 | | | 34,514.54 | | | |
| | Transport International Pool Inc. | | 139 | | 0.00 | 0.00 | | 992,019.46 | | | |
| | Wells Fargo Equipment Finance Inc | 0.00 | 118 | 848,236.05 | | | | 848,236.05 | | | |
| | Wellspine PA | 0.00 | 25 | 33,478.00 | 0.00 | | | 33,478.00 | | | |
| | XTRA Lease | 2,866.47 | 150 | 11,106.34 | 11,106.34 | | | 11,106.34 | | | |
| | XTRA Lease | | 159 | 11,106.34 | 0.00 | | | 11,106.34 | | | |
| 11 USC 507(a)(8) | | | | | | | | | | | |
| | Arkansas Department of Revenue | 1,046.84 | 61 | 1,405.90 | 1,046.84 | | 905.23 | 500.67 | | | |
| | Arkansas Dept Of Finance and Admin | 6,750.00 | 68 | 6,991.78 | 0.00 | | 6,991.78 | | | | |
| | Arkansas Employment Security Dept | 742.83 | | | 742.83 | | 742.83 | | | | |
| | Barber County Treasurer | 14,728.02 | | | 14,728.02 | | 14,728.02 | | | | |
| | Colorado Department | 74.44 | | | 44.53 | | 74.44 | | | | |
| | Colorado Department Of Revenue | 79.00 | 66 | 286.10 | 79.00 | | 258.45 | 27.65 | | | |
| | Colorado Department Of Revenue | | 106 | 286.10 | 0.00 | | 258.45 | 27.65 | | | |
| | Georgia Department Of Revenue | 411.97 | 175 | 990.45 | 663.02 | | 769.66 | | | | |
| | Illinois Department Of Revenue | | 177 | 211.00 | 0.00 | | 190.00 | | | | |
| | Indiana Department Of Revenue | 351.83 | 99 | 367.89 | | | 239.96 | | | | |
| | Indiana Department Of Revenue | 0.00 | 173 | 492.21 | | | 352.98 | | | | |
| | Internal Revenue Service | 681,930.44 | 73 | 706,103.29 | 539,368.67 | | 553,425.67 | 153,677.62 | | | |
| | Iowa Department Of Revenue | 1,322.00 | 145 | 1,007.56 | 1,007.56 | | 1,007.56 | | | | |
| | Iowa Department Of Transportation | 30.00 | | | 0.00 | | 30.00 | | | | |
| | Iowa Workforce Development | 248.44 | | | 248.44 | | 248.44 | | | | |
| | Kansas Department Of Revenue | 77,319.00 | | | 10,271.00 | | 77,319.00 | | | | |
| | Kansas Department Of Revenue | 5,272.31 | 35 | 6,829.92 | 6,039.06 | | 6,039.06 | 790.86 | | | |
| | Kansas Employment Security Fund | 4,190.65 | | | 4,190.65 | | 4,190.65 | | | | |
| | Kentucky State Treasurer | 176.81 | | | 0.00 | | 176.81 | | | | |
| | Missouri Department Of Revenue | 148.00 | 92 | 1,411.82 | 148.00 | | 1,197.02 | 214.80 | | | |
| | Missouri Department Of Revenue | | 164 | 97.00 | 97.00 | | 97.00 | | | | |
| | Missouri Department Of Revenue | | 178 | 320.70 | 0.00 | | 320.70 | | | | |
| | Missouri Division of Employment Security | 170.41 | | | 170.41 | | 170.41 | | | | |
| | New Mexico Motor Vehicle Division | 10,980.77 | 165 | 12,274.84 | 0.00 | | 12,274.84 | | | | |
| | New Mexico Taxation and Revenue | 10,980.77 | 77 | 37.85 | 0.00 | | 1.03 | 36.82 | | | |
| | New York State Tax Department | 3.28 | | | | | | | | | |
| | Oklahoma Corporation Commission | 13,772.02 | | | 6,493.98 | | 13,772.02 | | | | |
| | Oklahoma Employment Security Comm | 6,179.05 | 89 | 10,022.36 | 14,048.29 | | 10,022.36 | | | | |

| Class | Name | Scheduled Amount | POC No. | POC Amount | Amount PTI Believes is Owed | Allowed Secured | Allowed Priority | Allowed Unsecured | Ballot Amount (if different from Allowed | Accepts | Rejects |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Oklahoma Tax Commission | 20,000.00 | 5 | | | | | | | | |
| | Oklahoma Tax Commission (marked 507( | 38,826.00 | 5 | 92,949.77 | 58,826.00 | | 92,949.77 | | | | |
| | Oregon Department Of Transportation | 150.00 | | | 0.00 | | 150.00 | | | | |
| | Texas Workforce Commission | 2,352.92 | 80 | 4,350.38 | 4,350.38 | | 4,350.38 | | | | |
| | Texas Workforce Commission | | 170 | | | | 0 | | | | |
| | Intrust Bank | 0.00 | 49 | 18,132.23 | | | 18,132.23 | | | X | |