# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

In re:                                  )
                                        )
PAUL TRANSPORTATION, INC.,              )   Case No. 10-13022-NLJ
                                        )   Chapter 11
        Debtor.                         )
                                        )

## DEBTOR AND THE GE CREDITORS' JOINT MOTION
## FOR ORDER AUTHORIZING COMPROMISE
## OF CONTROVERSY PURSUANT TO RULE 9019

Paul Transportation, Inc. (the "Debtor") and General Electric Capital Corporation ("GECC") and Colonial Pacific Leasing Corporation ("CPLC") (collectively the "GE Creditors") (collectively Debtor and the GE Creditors are "Movants") move for entry of an order authorizing the compromises and agreements proposed herein. In support, Movants state as follows:

1. On January 15, 2010, the GE Creditors filed an action against Debtor and Troy Paul in the United States District Court for the Western District of Oklahoma, Case No. CIV-10-41 (the "District Court Case") alleging default under numerous lease agreements and guaranty agreements.

2. Debtor filed its Petition under chapter 11 of the Bankruptcy Code on May 18, 2010 (the "Petition Date").

3. On July 16, 2010, GECC filed its initial Proof of Claim No. 140, as amended July 19, 2010 (Claim No. 140-1), in the amount of $6,342,394.79.

2138815.01.BEATTYR

4. Also on July 16, 2010, CPLC filed its initial Proof of Claim No. 141, as amended July 19, 2010 (Claim No. 141-1), in the amount of $1,299.808.99.

5. On February 11, 2011, an Agreed Judgment was entered in the District Court Case in favor of GECC against Troy Paul in the amount of $1,481,369.95 with interest accruing from and after January 31, 2011 at 5.25% per annum (the "GECC Judgment").

6. Also on February 11, 2011, an Agreed Judgment was entered in the District Court Case in favor of CPLC against Troy Paul in the amount of $249,413.73 with interest accruing from and after January 31, 2011 at 5.25% per annum (the "CPLC Judgment").

7. On February 28, 2011, Debtor filed its First Amended Plan of Reorganization [Doc. No. 301] (the "Plan").

8. The GE Creditors stipulate that they are general unsecured creditors classified under Class 22 of Debtors' Plan.

9. The GE Creditors and the Debtor have agreed that the Moving Creditors' claims should be compromised as set forth herein[1].

10. The GE Creditors have agreed to compromise their claims in this bankruptcy proceeding and to accept less favorable treatment under §1123(a)(4) of the Bankruptcy Code.

---

[1] Pursuant to Local Rule 9013(c), a copy of the Agreement is not attached but is available for review upon request to undersigned counsel.

2

11. Specifically, Debtor and the GE Creditors have agreed that the GE Creditors' claims shall be allowed in a significantly reduced amount as set forth in the respective Stipulation and Agreed Order Allowing Claim, and that Debtor will make the following payments to the GE Creditors:

>Year 1: $8,038.50/mo X 12 = $96,462.00
>
>Year 2: $8,842.35/mo X 12 = $106,108.20
>
>Year 3: $9,914.15/mo X 12 = $118,969.80
>
>Year 4: $12,057.75/mo X 12 = $144,693.00
>
>Year 5: $14,737.25/mo X 12 = $176,847.00
>
>Year 6: $16,880.85/mo X 12 = $202,570.20
>
>Year 7: $18,756.50/mo X 12 = $225,078.00
>
>Year 8: $18,946.63/mo X 12 = $227,359.56

12. As part of the proposed compromise, the GE Creditors agree to give up any and all rights to distributions to be made from recovery under chapter 5 of the Bankruptcy Code. Accordingly, the GE Creditors will not share in any recoveries under chapter 5 of the Bankruptcy Code made by the Liquidating Trustee, leaving such recoveries otherwise available for Debtor's other general unsecured creditors.

13. In addition, the GE Creditors have agreed to forbear on enforcement of their Judgments in the District Court Case.

14. FED.R.BANKR.P. 9019 authorizes this Court to approve compromises of controversy upon motion, after notice and a hearing.

2138815.01.BEATTYR

15. Generally, "Compromises are favored in bankruptcy." *Korngold v. Loyd (In re Southern Medical Arts Companies, Inc.)*, 343 B.R. 250, 255 (10th Cir. BAP 2006) (citing 10 Collier on Bankruptcy ¶ 9019.01, at 9019–2 (Alan N. Resnick & Henry J. Sommer eds., 15th ed. rev.2006)).

16. A court must determine whether a proposed compromise is fair and equitable and is in the best interests of the estate. *The Official Committee of Unsecured Creditors v. Western Pacific Airlines, Inc. (In re Western Pacific Airlines, Inc.)*, 219 B.R. 575, 579 (D.Colo. 1998).

17. In doing so, courts look to four factors: "(1) the probable success of the litigation on the merits; (2) any potential difficulty in collection of a judgment; (3) the complexity and expense of the litigation; and (4) the interests of creditors in deference to their reasonable views." *Id.*

18. Here, the proposed compromise is fair and equitable and in the best interests of Debtor's estate. Debtor's Plan contemplates that Troy Paul will remain in control of Debtor's post-confirmation operations. The proposed compromise contemplates forbearance on enforcement of the Judgments against Mr. Paul, allowing him to focus on the post-confirmation operations of Debtor.

19. In addition, the GE Creditors collectively hold claims filed excess of $6 Million, and have voluntarily agreed to significantly reduce their claim amounts. The compromise saves the time and expense of litigating such claims. Moreover, under the

terms of the proposed compromise, the GE Creditors will not share pro rata in any chapter 5 recoveries--which will then be available for distribution to Debtor's remaining general unsecured creditors under the Plan.

WHEREFORE, for the reasons stated, the GE Creditors and Debtor request entry of an Order approving the compromise of controversy proposed herein and in the attached proposed Settlement Agreements and granting all other such relief this Court deems necessary and just.

/s Matthew C. Goodin            .
STEPHEN W. ELLIOT, OBA # 2685
MATTHEW C. GOODIN, OBA # 19327
-Of the Firm-
KLINE, KLINE, ELLIOT & BRYANT, P.C.
720 N.E. 63rd Street
Oklahoma City, OK 73105
(405) 848-4448
(405) 842-4539 (facsimile)
selliott@klinefirm.org
mgoodin@klinefirm.org

ATTORNEYS FOR PAUL TRANSPORTATION, INC., DEBTOR IN POSSESSION

2138815.01.BEATTYR

        s/ William H. Hoch
        *Signed by filing attorney with permission*
        WILLIAM H. HOCH, OBA # 15788
        REGAN S. BEATTY, OBA # 20349
        -Of the Firm-
        CROWE & DUNLEVY
        20 N. Broadway, Suite 1800
        Oklahoma City, OK 73102
        (405) 235-7700
        (405) 239-6651 (Facsimile)
        hochw@crowedunlevy.com
        beattyr@crowedunlevy.com

        ATTORNEYS FOR GENERAL
        ELECTRIC CAPITAL CORPORATION;
        COLONIAL PACIFIC LEASING
        CORPORATION, AND TRANSPORT
        INTERNATIONAL, INC.

## **CERTIFICATE OF SERVICE**

  This is to certify that on the 25th day of April, 2011, I electronically transmitted the above and foregoing motion to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

  This is to further certify that on the 25th day of April, 2011, true and correct copies of the above and foregoing were mailed by first class mail, postage prepaid, to all parties listed on the Service List attached hereto as Exhibit "A."

        /s/ Matthew C. Goodin
        Matthew Goodin, OBA #19327

# Mailing Information for Case 10-13022

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- **Regan Strickland Beatty**  beattyr@crowedunlevy.com, donna.hinkle@crowedunlevy.com;kerryann.wagoner@crowedunlevy.com;ecf@crowedunlevy.com
- **Kevin Blaney**  kblaney@btlawokc.com, chorton@btlawokc.com;bmorehead@btlawokc.com
- **Brian J Boerner**  bboerner@nashfirm.com
- **G. David Bryant**  dbryant@klinefirm.org, dbryant@ecf.epiqsystems.com;jbarnes@klinefirm.org
- **Travis L Cagle**  tcagle@summarslaw.com, Sreynolds@summarslaw.com
- **Stephen W. Elliott**  selliott@klinefirm.org, klinefirm@aol.com;mmills@klinefirm.org
- **Matthew Clay Goodin**  mattgoodin@cox.net, mgoodin@klinefirm.org,mmills@klinefirm.org,klinefirm@aol.com
- **David W. Hammond**  sfhpc@sfhpc.net, dwhsfhpc@sfhpc.net
- **John B. Heatly**  jheatly@fellerssnider.com, sshahan@fellerssnider.com;mbellar@fellerssnider.com
- **William H. Hoch**  hochw@crowedunlevy.com, donna.hinkle@crowedunlevy.com;kerryann.wagoner@crowedunlevy.com;ecf@crowedunlevy.com
- **Nkem A House**  nkem.house@crowedunlevy.com, paul.young@crowedunlevy.com;donna.hinkle@crowedunlevy.com;paula.tarbutton@crowedunlevy.com
- **Eric L Huddleston**  ehuddleston@eliasbooks.com, eric.huddleston@gmail.com;wdebner@eliasbooks.com
- **Crystal A Johnson**  cjohnson@cwlaw.com, lskinner@cwlaw.com;OKC_ECF@cwlaw.com
- **Carlos D Mayes**  dmayes@nashfirm.com, daynemayes@gmail.com;rnash@nashfirm.com
- **John W. Mee**  jwm3@meehoge.com, sar@meehoge.com;meehoge11@yahoo.com
- **Lyle R. Nelson**  lyle@lylenelsonlaw.com
- **Kiran A. Phansalkar**  kphansalkar@cwlaw.com, lskinner@cwlaw.com;OKC_ECF@cwlaw.com
- **Karolina Roberts**  kroberts@eliasbooks.com, karolinaroberts23@yahoo.com
- **Loretta K Roberts**  bankruptcy@drumlaw.com, pmc@drumlaw.com
- **Andrew R. Turner**  aturner@cwlaw.com
- **U.S. Trustee**  Ustpregion20.oc.ecf@usdoj.gov
- **Edward M Zachary**  edward.zachary@bryancave.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Warren M. Armstrong
Miller Curtis & Weisbrod LLP
11551 Forest Central Dr Ste 300
Dallas, TX 75243

**BKD, LLP**
,

L. Vance Brown
Elias Books Brown & Nelson PC
Two Leadership Square, Suite 1300
211 N. Robinson
Oklahoma City, OK 73102

# SERVICE LIST

**Entries of Appearance / Non-ECF:**

Robert Qulia
Commercial Credit Group, Inc.
121 West Trade Street, Suite 2100
Charlotte, NC 28202

Robert T. Bonsignore (FFC)
People's United Equipment Finance Corp.
730 Third Avenue, 23rd Floor
New York, NY 10017

Missouri Department of Revenue
Bankruptcy Unit, Richard M. Maseles
PO Box 475
Jefferson City, MO 65105-0475

Brian Boerner (Coppermark)
Suite 200
4101 Perimeter Center Drive
Oklahoma City, OK 73112

F P Cribbs, Jr. (East End Equipment)
Wilson, Cribbs & Goren, PC
2500 Fannin
Houston, TX 77002

Jeffrey F. Thomason (E L Farmer)
Todd Barron Thomason & Hudman PC
3800 East 42nd Street, Suite 409
Odessa, TX 79762

Jeanne Morton (Wells Fargo)
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

L. Vance Brown (OUCC)
Elias, Books, Brown & Nelson, PC
211 North Robinson, Suite 1300
Oklahoma City, OK 73102-6803

Joseph Angus (PLI)
1720 North Shartel
Oklahoma City, OK 73103

David M. Unseth (Xtra Lease)
Bryan Cave, LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102

Drummond Law, PLLC (Citizens)
Suite 400
1500 South Utica
Tulsa, OK 74104-6522

Warren M. Armstrong
Miller Curtis & Weisbrod LLP
11551 Forest Central Dr., Suite 300
Dallas, TX 75243

Texas Workforce Commission
Regulatory Integrity Division - SAU
101 East 15th Street, Room 556
Austin, TX 78778-0001

**Official Unsecured Creditors' Committee:**

American Express Bank, FSB
c/o Becket & Lee, LLP
PO Box 3001
Malvern, PA 19355

American Express
PO Box 650448
Dallas, TX 75265-0448

Doonan Peterbilt of Great Bend
Attn: Chuck Carper
PO Box 1286
Great Bend, KS 67530

Miller Truck Lines, LLC
Attn: Phillip C. Vinson
PO Box 665
Stroud, OK 74079-0665

Miller Truck Lines Inc
Dept 1966
Tulsa, OK 74182



**20 Largest Unsecured Creditors**
**(less OUCC):**

| | | |
|---|---|---|
| Internal Revenue Service<br>Ogden, UT 84201 | T and W Tire<br>5011 Jacksboro Hwy<br>Wichita Falls, TX 76302 | Comdata Corp PA427<br>5301 Maryland Way<br>Brentwood, TN 37027 |
| Goodyear Tire and Rubber Co<br>PO Box 277348<br>Atlanta, GA 30384-7348 | The Goodyear Tire & Rubber Company<br>Law Department<br>1144 East Market Street<br>Akron, OH 44316 | Dynasty Transportation Inc<br>PO Box 91825<br>Lafayette, LA 70509 |
| Kansas Department of Revenue<br>Division of Property Valuation<br>915 SW Harrison St<br>Topeka, KS 66625 | Dothan Tarpaulin Products Inc<br>6275 US Highway 231 South<br>Dothan, AL 36302 | Ameriquest<br>PO Box 828997<br>Philadelphia, PA 19182-8997 |
| Euler Hermes ACI<br>Assignee of Ameriquest Transportation<br>800 Red Brook Blvd.<br>Owings Mills, MD 21117 | Katz Sapper and Miller<br>Department 235<br>PO Box 7096<br>Indianapolis, IN 46206-7096 | Katz Sapper and Miller<br>800 East 96th Street<br>Indianapolis, IN 46240 |
| Oklahoma Tax Commission<br>Withholding<br>PO Box 26860<br>Oklahoma City, OK 73126-0860 | Rush Truck Centers<br>Regions Interstate Billing<br>PO Box 2153<br>Birmingham, AL 35287-1265 | Oklahoma Tax Commission<br>Franchise Tax Division<br>PO Box 26930<br>Oklahoma City, OK 73126-0930 |
| Qualcomm Incorporated<br>File No 54210<br>Los Angeles, CA 90074-4210 | Qualcomm Incorporated<br>Attn: Beverly L. Barton, AA-442F<br>5775 Morehouse Drive<br>San Diego, CA 92121-1714 | Magill Truck Lines Inc<br>211 W 53rd St N<br>Wichita, KS 67204 |
| Barber County Treasurer<br>118 East Washington<br>Medicine Lodge, KS 67104 | Lynden Transport Inc<br>1800 International Blvd<br>Seattle, WA 98188 | Oklahoma Corp Commission<br>Trans Div IFTA Section<br>PO Box 52948<br>Oklahoma City, OK 73152-2948 |

**Taxing Authorities:**

| | | |
|---|---|---|
| Arkansas Dept of Revenue<br>Individual Income Tax Section<br>PO Box 9941<br>Little Rock, AR 72203-9941 | Arkansas Dept of Finance & Admi<br>Miscellaneous Tax Section<br>PO Box 896<br>Little Rock, AR 72203-0896 | Arkansas Employmt Security Dept<br>PO Box 8007<br>Little Rock, AR 72203-8007 |

Colorado Department of Labor & Employment
PO Box 956
Denver, CO 80201-0956

Colorado Dept of Revenue
Room 504
1375 Sherman Street
Denver, CO 80261

DEQ Oklahoma Department of Environmental Quality
PO Box 2036
Oklahoma City, OK 73101

Environmental Protection Agency
c/o US Attorney
1200 West Okmulgee, Suite 201
Muskogee, OK 74401

Environmental Protection Agency
c/o US Attorney
555 4th Street NW
Washington DC 20530

Environmental Protection Agency
Suite 1200
1445 Ross Avenue
Dallas. TX 75202-2733

Environmental Protection Agency
Ariel Ross Building
1200 Pennsylvania Avenue NW
Washington DC 20460

Garfield County Treasurer
114 West Broadway Avenue
Enid, OK 73701

Georgia Dept of Revenue
PO Box 740387
Atlanta, GA 30374-0387

Indiana Dept of Revenue
PO Box 7221
Indianapolis, IN 46207-7221

Indiana Department of Revenue
Bankruptcy Section, N-240
100 North Senate Avenue
Indianapolis, IN 46204

Internal Revenue Service
Bankruptcy Section M/S 5024 OKC
55 North Robinson
Oklahoma City, OK 73102

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Iowa Dept of Revenue
State Treasurer
PO Box 10411
Des Moines, IA 50306-0382

State of Iowa /Iowa Dept of Revenue
Attn: Bankruptcy Unit
PO Box 10471
Des Moines, IA 50306

Iowa Dept of Transportation
PO Box 10382
Des Moines, IA 50306-0382

Iowa Workforce Development
1000 East Grand Ave
Des Moines, IA 50319-0209

Kansas Dept of Revenue
915 SW Harrison St
Topeka, KS 66625

Kansas Employment Security Fund
PO Box 400
Topeka, KS 66601-0400

Kentucky State Treasurer
Motor Carrier Division
PO Box 2004
Frankfort, KY 40602-2004

Missouri Dept of Revenue
PO Box 999
Jefferson City, MO 65108-0999

Missouri Division
of Employment Security
PO Box 888
Jefferson City, MO 65102-0888

New Mexico Motor Vehicle Div
PO Box 5188
Santa Fe, NM 87504-5188

New Mexico Taxation & Revenue
PO Box 5188
Santa Fe, NM 87504-5188

New York State Tax Department
RPC HUT
PO Box 15166
Albany, NY 12212-5166

New York State Department
of Taxation and Finance
PO Box 5300
Albany, NY 12205-0300

Oklahoma Corporation Commission
PO Box 52000
Oklahoma City, OK 73152-2000

Oklahoma County Treasurer
PO Box 268875
Oklahoma City, OK 73126-8875

Oklahoma County Treasurer
Room 307
320 Robert S. Kerr Avenue
Oklahoma City, OK 73102-3434

Oklahoma Employment Security Comm.
Legal Division
PO Box 53039
Oklahoma City, OK 73152-3039

Oklahoma Employment Security Comm
PO Box 52004
Oklahoma City, OK 73152-2004

Oklahoma Tax Commission
Franchise Tax Division
PO Box 26930
Oklahoma City, OK 73126-0930

Oklahoma Tax Commission
Legal Division - Bankruptcy Section
120 North Robinson, Suite 2000
Oklahoma City, OK 73102-7801

Oklahoma Tax Commission
PO Box 26940
Oklahoma City, OK 73126-0940

Oregon Dept of Transportation
Motor Carrier Trans
550 Capitol Street NE
Salem, OR 97301-2530

Texas Workforce Commission
PO Box 149037
Austin, TX 78714-9037

Texas Workforce Commission
Regulatory Integrity Division
101 East 15th Street, Room 556
Austin, TX 78778-0001

U.S. Department of Labor
200 Constitution Avenue, NW
Washington, DC 20210

Nevada Department of Employment
Security Division, Contributions Section
500 East Third Street
Carson City, NV 89713-0030

U.S. Department of Labor
200 Constitution Avenue NW
Washington, DC 20210